HN002

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 11–00096

Chapter 7

In re:

   Jefferey Arthur Rodriguez
   aka Jeffrey A. Rodriguez
   94–578 Apii Street
   Waipahu, HI 96797

Social Security No.:
   xxx–xx–5140

Employer's Tax I.D. No.:

## NOTICE OF CORRECTION

### (NOTICE OF BANKRUPTCY CASE)

You were mailed a Notice of Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. A correction must be made to the information contained in that notice as stated below:

   Debtor Jefferey Arthur Rodriguez's correct social security number is shown above.

Except for these corrections, the notice received by you remains in full force and effect.

**Dated: January 18, 2011**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br>**Michael B. Dowling** |

Telephone number: (808) 522–8100

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: lanie              Page 1 of 1                Date Rcvd: Jan 18, 2011
Case: 11-00096                 Form ID: hn002           Total Noticed: 12
```

The following entities were noticed by first class mail on Jan 20, 2011.
```
db           +Jefferey Arthur Rodriguez,    94-578 Apii Street,    Waipahu, HI 96797-2855
aty          +Scot S. Brower,    Law Office of Scot S. Brower,    1088 Bishop Street, Suite 803,
               Honolulu, HI 96813-3117
tr           +Richard A. Yanagi,    1136 Union Mall, #303,    Honolulu, HI 96813-2711
1066599       Bankcard Center,    PO Box 11170,    Wilmington, DE 19850-1170
1066605       Captial One,    PO Box 60599,    City of Industry, CA 91716-0599
1066604       Chase,    Cardmember Services,    PO Box 94014,    Palatine, IL 60094-4014
1066606      +Citi Cards,    PO Box 182564,    Columbus, OH 43218-2564
1066602      +Direct Merchant Bank,    Payment Center,    PO Box 60136,    City of Industry, CA 91716-0136
1066600       First Premier Bank,    PO Box 5529,    Sioux Fallm SD 57117-5529
1066603      +HSBC Card Services,    PO Box 60102,    City of Industry, CA 91716-0102
1066601       New Milinium Bank,    PO Box 9201,    Old Bethpage, NY 11804-9001
1066598      +St. Francis Hospital FCU,    2228 Liliha Street,    Ste. 209,    Honolulu, Hawaii 96817-1652
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2011**                          Signature:  _Joseph Speetjens_